No. 06-14-00053-CR

IN THE COURT OF APPEALS

FOR THE SIXTH JUDICIAL DISTRICT

TEXARKANA, TEXAS

RECEIVED IN
The Court of Appeals
Sixth District

AUG 2 1 2015

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

AUG 2 1 2015

Texarkana, Texas
Debra K. Autrey, Clerk

ANTHONY DAVID TEAGUE
APPELLANT

V.

THE STATE OF TEXAS
APPELLEE

ON APPEAL FROM CAUSE NO. 366-82919-2013
IN THE 219th DISTRICT COURT OF
COLLIN COUNTY, TEXAS

## Motion to Issue Mandate

COMES NOW, APPELLANT, pro se, and moves this Honorable Court to issue the mandate in the above numbered and styled cause. Appellant has informed the Court of Criminal Appeals that he wishes to waive his right to file a Petition for Discretionary Review and withdraw the Petition already filed. Movant wishes to proceed with his Application for Writ of Habeas Corpus under Art. 11.07 Tex CCP and desires the mandate to be issued from this Court with all due haste so as to confer jurisdiction on the Court of Criminal Appeals to entertain said Application.

WHEREFORE, Premises considered, Pursuant to TRAP R. 18.1, Appellant prays his motion to issue mandate be granted.

X _Anthony Teague_
Anthony Teague
Appellant-pro se

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document has been sent via First Class United States Mail, postage prepaid, to attorney for State John R. Rolater Jr. at 2100 Bloomdale Rd. Ste. 200, McKinney, TX 75071 on this the 19th day of August 2015.

X _Anthony David Teague_
Anthony David Teague
TDCJ-ID#: 1976946
O.L. Luther Unit
1800 Luther Drive
Navasota, TX 77863